UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR RIVERA,

                                Plaintiff,

               -against-

UNKNOWN AT NYCPD, BRONX DIV.,
PSA-7 - NYCHAA POLICE; JANE
DOE/JOHN DOE, AT OFFICE OF NYCHA -
JOHN ADAMS HOUSES, MANAGER;
DARCEL CLARK, BRONX COUNTY
DISTRICT ATTORNEY; NYC BRONX
DETECTIVES 40 PCT., MR. JOHNSON
(JOHN DOE),

                             Defendants.

23cv9530 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 10, 2024
            New York, New York

                                           /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                           Chief United States District Judge